Court of Appeals
Fourth Court of Appeals District of Texas




# MEMORANDUM OPINION

No. 04-10-00773-CV

**UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO**,
Appellant

v.

Laura **TYREE**, Individually and as Representative of the Estate of Donald Milton Tyree,
Stephanie Tyree and Jacob Tyree,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-05259
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:       Karen Angelini, Justice
              Phylis J. Speedlin, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  July 20, 2011

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant University of Texas Health Science Center at San Antonio filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Pursuant to the parties' agreement, we order that each party bear its own costs of this appeal. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM